JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY FRANK SPEROW,** ) | **NO. CV 19-10525-KS** |
| **Petitioner,** ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **FELICIA PONCE, Warden,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

Pursuant to the Court's concurrently filed Memorandum Opinion and Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  June 11, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1